UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Angelica Rodriguez, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:25-cv-00408-ADA |
| | § | |
| Dell Seton Medical Center at | § | |
| University of Texas and Ascension | § | |
| Seton Medical Center Austin, | § | |
|    *Defendants*. | § | |

**ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane concerning Defendants' Motion to Dismiss Plaintiff's Claims (Dkt. 4). Judge Lane issued his report and recommendation on September 4, 2025. As of the date of this order, neither party has objected to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b)(1)(C). When no objections are filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Lane's report and recommendation for clear error. Having found no such error, the Court adopts the report and recommendation as its own. Accordingly, Defendants'

Motion to Dismiss (Dkt. 4) is **GRANTED**. Plaintiff's EMTALA claims are **DISMISSED WITH PREJUDICE**. Finally, Plaintiff's state-law claims are **REMANDED** to the 201st Judicial District Court of Travis County, Texas.

**SIGNED** on October 6, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE